**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 04-974-1 PHX NVW |
| | ) | |
| Plaintiff/Respondent, | ) | No. CV 04-2784  PHX NVW (MS) |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Jesus Ybarra-Ballesteros, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |
| _____ | ) | |

Before the court is the defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. Section 2255 (doc. #19)  and the government's Response (doc. #27). No reply was filed.  On September 21, 2005, United States Magistrate Judge Morton Sitver issued a Report and Recommendation ("R & R") (doc. #37) recommending that the defendant's Motion to Vacate, Set Aside or Correct Sentence be denied and dismissed.  No objections were filed to the R & R.

The court has reviewed the R & R and agrees with the magistrate judge's determinations.  Accordingly, the court will accept the R & R and dismiss the Motion to Vacate, Set Aside or Correct Sentence. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Morton Sitver (doc. #37).

1       IT IS FURTHER ORDERED that defendant's Motion to Vacate, Set Aside or Correct

2  Sentence pursuant to 28 U.S.C. Section 2255 (doc. #19) is denied and dismissed with

3  prejudice.

4       IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

5  accordingly and terminate this action.

6       DATED this 27th day of October, 2005.

7

8

9                           Neil V. Wake

10                    United States District Judge

- 2 -